**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jami Lyn DeVos,　　　　　　　　　　　　　　　　Civil No. 07-4877 (RHK/AJB)

　　　　Plaintiff,　　　　　　　　　　　　　　　　　　　**ORDER**

vs.

McKelvey Law Office, P.C.,

　　　　Defendant.

---

　　　　Pursuant to the parties' Stipulation (Doc. No. 8), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** and without costs, disbursements or attorney's fees to any party.

　　　　**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 4, 2008

　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　United States District Judge